**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION**

KEVIN D. COOK                                                                                          PLAINTIFF

vs.                                            Case No. 4:10-cv-04008

TRAVELCENTERS OF AMERICA                                                          DEFENDANT

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant TA Operating LLC d/b/a TravelCenters of America, incorrectly named as "Travel Centers of America," files its Corporate Disclosure Statement as follows:

1.     TA Operating LLC is wholly-owned by TravelCenters of America Holding Company LLC, a Delaware limited liability company.  TravelCenters of America Holding Company LLC is wholly-owned by TravelCenters of America LLC, a publicly-held Delaware limited liability company.

/s/ Eva C. Madison
Eva C. Madison (98183)
Littler Mendelson, P.C.
3739 Steele Blvd., Suite 300
Fayetteville, Arkansas 72703
Telephone:  479.582.6100
Fax:  479.582.6111
emadison@littler.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that on this same date, I mailed the foregoing document by United States Postal Service to the following non CM/ECF participant:

Kevin D. Cook
328 East 2nd Street, North
Prescott, AR  71857

                                              /s/ Eva C. Madison

Firmwide:94211008.1 063018.1002