IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KEVIN D. COOK                                                                                                PLAINTIFF

V.                                            NO. 10-CV-4008

TRAVELCENTERS OF AMERICA                                                        DEFENDANT

### FINAL SCHEDULING ORDER

**This case is set for bench trial** in TEXARKANA, ARKANSAS, at the call of the Court during the week of **March 21, 2011, beginning at 9:00 a.m.** Counsel and unrepresented parties are directed to report to the Judge's chambers at **8:00 a.m.** on the date of trial unless otherwise notified.

All documents filed with the United States District Court for the Western District of Arkansas must be filed electronically. To register as a CM/ECF user, review the CM/ECF Administrative Policies and Procedures and to learn more about electronic filing, consult the Court's web site at **www.arwd.uscourts.gov**.

Parties are directed to comply with the following:

1. **CM/ECF Filings.**

Counsel must provide **one (1)** hard copy of any CM/ECF Filing that exceeds **20 pages** to the Court via U.S. Mail at the following address: 101 S. Jackson, Rm. 219, El Dorado, Arkansas 71730.

2. **Discovery.**

As agreed by the parties, the discovery cutoff is set forth in the "Discovery Plan" or no later than **120 days** before trial. Depositions, including depositions for use as evidence, must be completed prior to the discovery cutoff date.

3. **Motions.**

Motions for Class Certification must be filed no later than **90 days** after the Fed. R. Civ. P. 26(f) Conference.

Motions to amend pleadings or to join other parties must be filed as soon as counsel can determine that they are necessary, however, no later than **60 days** before the close of discovery, unless good cause is shown for delay.

Motions in Limine and Daubert Motions, must filed no later than **28 days** prior to trial.

Summary Judgment Motions must be filed no later than **30 days** after the close of discovery.

All other motions must be filed no later than **28 days** prior to trial unless good cause is shown for delay.

With the exception of Summary Judgment Motions, responses to motions must be filed no later than **14 days** from the file date of any motion. The Court will consider a reply if filed before issuance of a decision on the pending motion.

4. **Expert Disclosure.**

Unless otherwise stipulated by the parties, expert disclosure must be made no later than **90 days** before the close of discovery. Rebuttal expert witness disclosures must be made no later than **45 days** before the close of discovery. Depositions of expert witnesses must be completed within the time allowed for discovery.

5. **Pretrial Disclosure Sheets.**

Pretrial disclosure sheets are to be filed no later than **30 days** before trial. An outline for the pretrial disclosure sheet is in Local Rule 26.2, which may be found on the Court's website at **www.arwd.uscourts.gov**. Pretrial disclosure sheets must be electronically filed. Objections to the pretrial disclosure sheets must be filed within **14 days** after the filing of the pretrial disclosure sheets. Consult Fed.R.Civ.P. 26(a)(3) for the type of objections which may be made and the type of objections which will be deemed waived if not raised.

If any party anticipates the trial will take more than **three (3)** days, the Court should be immediately notified by sending an e-mail to **HFBinfo@arwd.uscourts.gov**.

6.     **Jury Instructions/Proposed Findings of Fact and Conclusions of Law.**

In all jury cases, proposed instructions shall be submitted to the Court at **HFBinfo@arwd.uscourts.gov** in word processing format, with copies to other counsel, no later than **14 days** prior to the scheduled trial date. Citations of authority for any instruction requested shall be made either on the instruction or by separate statement. In non-jury cases, proposed findings of fact and conclusions of law must be submitted to the Court at **HFBinfo @arwd.uscourts.gov**, in PDF format no later than **14 days** prior to the scheduled trial date.

7.     **Jury Selection.**

All civil jury trials shall be to an **eight (8)** person jury unless otherwise ordered by the Court upon written request made by a party pursuant to Federal Rule of Civil Procedure 38.

8.     **Exhibits.**

**Counsel are directed to mark and exchange all exhibits prior to trial.** Exhibits are to be listed in numerical sequence, with notations as to which exhibits, if any, will be admitted by stipulation of the parties. The **AO187 - Exhibit and Witness List** may be found on the Court's website at **www.arwd.uscourts.gov** under the category "Online Forms". The Exhibit and Witness List must be delivered to the courtroom deputy and the court reporter **30 minutes** prior to trial.

9.     **Settlement.**

In the event of settlement, the Court should be advised by notifying courtroom deputy Robin Gray or law clerks, Susan Hickey, and Leslie Ligon at (870) 862-1303. However, a case will not be removed from the trial docket until an order of disposition is entered by the Court, and if no such order is entered by the time the matter is reached for trial, it will be called for trial and tried or otherwise disposed.

10.    **Alternative Dispute Resolution.**

United States Magistrate Judges for the Western District of Arkansas, are available to conduct settlement conferences at the request of the litigants. The request should be made to the Court no later than **30 days** prior to the trial date. These proceedings have proven to be beneficial to the parties even if settlement is not achieved. **Counsel is strongly encouraged to participate in a settlement conference prior to the trial date.**

11. **<u>Continuances.</u>**

No continuances will be granted except for good cause shown. That discovery is not complete or that parties are otherwise not ready for trial will not normally be considered good cause.

**IT IS SO ORDERED** this 25th day of May, 2010.

                                            /s/ Harry F. Barnes
                                            **HARRY F. BARNES**
                                            **UNITED STATES DISTRICT JUDGE**