IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKNASA DIVISION

**KEVIN D. COOK**                                           **PLAINTIFF**

vs.                      Case No. 4:10-cv-04008

**TRAVELCENTERS OF AMERICA**                    **DEFENDANT**

### NOTICE OF APPEARANCE ON BEHALF OF KEVIN D. COOK

William Douglas Hoey and Sherri L. Latimer, of James R. Wallace & Associates, PLLC, attorneys for KEVIN D. COOK, Plaintiff in the above-entitled case, state:

To the Clerk of this Court and all parties of record, William Douglas Hoey and Sherri L. Latimer enter our appearance as counsel in this case for the Plaintiff, Kevin D. Cook.

I, Sherri L. Latimer, certify that I am admitted to practice in this Court.

I, William Douglas Hoey, certify that I am admitted to practice in this Court.

DATED this 7th day of September, 2010.

                                            Respectfully submitted,

                                            James R. Wallace & Associates
                                            212 Center Street, Suite 100
                                            Little Rock, Arkansas 72201
                                            Phone: 501-375-5545
                                            Fax: 501-374-9515

                                   By: /s/ William Douglas Hoey
                                              William Douglas Hoey, #20090964

                                              /s/ Sherri L. Latimer
                                              Sherri L. Latimer, #2008255

                                            Attorneys for Plaintiff, Kevin D. Cook

## CERTIFICATE OF SERVICE

I, Sherri L. Latimer, hereby certify that on September 7, 2010 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that on this date, I mailed the foregoing document by United States Postal Service to:

Eva Madison
Littler Mendelson
3739 Steele Blvd., Suite 300
Fayetteville, AR 72703

/s/ Sherri L. Latimer

/s/ William Douglas Hoey
William Douglas Hoey