IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KEVIN D. COOK                                                                                PLAINTIFF

vs.                            Case No. 4:10-cv-04008

TRAVELCENTERS OF AMERICA                            DEFENDANT

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINES AND CONTINUE TRIAL DATE

Pursuant to Local Rules 6.2 and 7.2, Defendant TA Operating LLC d/b/a TravelCenters of America ("TravelCenters"), incorrectly named as "Travel Centers of America," moves the Court to extend the discovery and dispositive motion deadlines and continue the trial date for sixty days and, for its motion, states as follows:

1. Plaintiff filed his *pro se* Complaint on January 14, 2010.[1]

2. TravelCenters filed its answer on March 4, 2010.

3. The parties filed their Joint Rule 26(f) Report on May 10, 2010.

4. The Final Scheduling Order sets the case for a bench trial the week of March 21, 2011, in Texarkana. Discovery is to be completed no later than 120 days before the scheduled trial, making discovery due by November 21, 2010. Summary judgment motions are to be filed no later than 30 days after the close of discovery, making said motions due by December 21, 2010. See Doc. No. 22.

5. On September 7, 2010, Plaintiff's counsel entered an appearance. At that point, the parties had conducted no discovery.

---

[1] The Complaint was originally filed in the Eastern District and was transferred to the Western District on January 21, 2010.

6. On September 21, 2010, Plaintiff filed a motion seeking to amend his Complaint to, among other things, add new defendants and new claims. See Doc. No. 24. TravelCenters opposed Plaintiff's motion. See Doc. No. 25. The motion is pending.

7. Both parties have served written discovery, but answers and responses are not due until after the current discovery deadline. Depositions are anticipated, but have not yet been scheduled.

8. With Plaintiff's counsel having come into the case late, Plaintiff's pending motion to amend the Complaint (and thus the possibility for new claims and even new parties), and the need for additional time to complete discovery, TravelCenters respectfully requests that the Court postpone the discovery deadline, the dispositive motion deadline, and the trial date by 60 days.

9. Specifically, TravelCenters asks that the trial date be postponed until some time after May 20, 2011. If the trial date is postponed as such, keeping the 120-day pre-trial deadline for discovery and the 30-day post-discovery deadline for dispositive motions will result in a 60-day extension of those deadlines as well.

10. TravelCenters' counsel plans to work diligently to complete discovery in the next sixty days, so no further extensions or continuances should be needed.

6. Pursuant to Local Rule 6.2(b), TravelCenters' counsel contacted Plaintiff's counsel regarding this motion, and they have no objection thereto.

WHEREFORE, Defendant TA Operating LLC d/b/a TravelCenters of America respectfully requests that the Court extend the discovery and dispositive motion deadlines by sixty days and grant a sixty-day continuance of the trial date.

-3-

        /s/ Eva C. Madison
Eva C. Madison (98183)
Littler Mendelson, P.C.
3739 Steele Blvd., Suite 300
Fayetteville, Arkansas 72703
Telephone:  479.582.6100
Fax:  479.582.6111
emadison@littler.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Sherri L. Latimer/sll@wallacelawfirm.com
William Douglas Hoey/wdh@wallacelawfirm.com
James R. Wallace & Associates
212 Center Street, Suite 100
Little Rock, AR  72201

        /s/ Eva C. Madison

Firmwide:98755930.1 048210.1005