IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KEVIN D. COOK                                                                                          PLAINTIFF

V.                                          CASE NO. 10-CV-4008

TRAVELCENTERS OF AMERICA                                                              DEFENDANT

## ORDER

    Before the Court is an Unopposed Motion for Continuance filed by Defendant.  (Doc. 27). Defendant seeks a continuance of this case which is currently set for trial the week of March 21, 2011.  Upon consideration, the Court is satisfied that good cause for the motion has been shown. Accordingly, the motion for continuance should be and hereby is **GRANTED**.  The deadlines imposed by the previous scheduling order are hereby lifted until further notice.

    IT IS SO ORDERED, this 22nd day of November, 2010.

                                                                   /s/ Harry F. Barnes
                                                               Hon. Harry F. Barnes
                                                               United States District Judge